AO 442 (Rev. 01/09) Arrest Warrant

983 8396

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Harold Bailey Gallison II,
a.k.a. "B.J. Gallison," and
a.k.a. "Bart Williams"

Defendant

Case No. 1:15cr178

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §1349;
Securities Fraud, in violation of 15 U.S.C. §§78j(b) & 78ff;
Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §1349
Securities Fraud, in violation of 15 U.S.C. §§78j(b) & 78ff; and
Money Laundering Conspiracy, in violation of 18 U.S.C. §1956(h)

Date: 6/24/15

*Issuing officer's signature*

Judith Lanham, Deputy Clerk
*Printed name and title*

City and state: Alexandria, VA

---

**Return**

This warrant was received on *(date)* 6/25/15, and the person was arrested on *(date)* 7/14/15
at *(city and state)* San Diego, CA

Date: 7/14/15

*Arresting officer's signature*

Allen Sun
*Printed name and title*

For CA