IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:15-CR-178-1-AJT |
| | ) | |
| HAROLD BAILEY GALLISON II, | ) | |
| a/k/a "B.J. GALLISON," | ) | |
| a/k/a "Bart Williams," | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL

The United States of America, by and through the undersigned attorneys, hereby moves this Honorable Court pursuant to FED. R. CRIM. P. 48(a) to dismiss Counts 2 and 4 of the Indictment in the above-captioned case as to defendant HAROLD BAILEY GALLISON II, pursuant to the Plea Agreement entered into between the United States and defendant HAROLD BAILEY GALLISON II and his counsel.

Respectfully submitted,

DANA J. BOENTE
United States Attorney
Eastern District of Virginia

By: _____
Kosta S. Stojilkovic
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
kosta.stojilkovic@usdoj.gov

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division, U.S. Department of Justice

By: /s/ N. Nathan Dimock
N. Nathan Dimock
Senior Trial Attorney
Special Assistant United States Attorney
(EDVA)
Tel: (202) 514-0095
Fax: (202) 514-6118
nathan.dimock@usdoj.gov
Michael T. O'Neill
Trial Attorney
Special Assistant United States Attorney
(EDVA)
Tel: (202) 616-1545
Fax: (202) 514-0152
michael.t.oneill@usdoj.gov
1400 New York Avenue, NW
Washington, DC 20530