UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD BAILEY GALLISON, II,<br><br>Defendant. | CASE NO. 1:15 CR 178 (AJT)<br><br>Honorable Anthony J. Trenga |

## ORDER MODIFYING CONDITIONS OF RELEASE

Based upon Defendant GALLISON's motion, with no objection from the Government, and good cause appearing therefor, IT IS HEREBY ORDERED that the conditions of release are hereby modified to allow Mr. Gallison to reside in Colorado Springs, Colorado, with his family, until further order of the court. His travel restriction is also hereby modified to allow him to travel to the Eastern District of Virginia, Southern District of California, and District of Colorado.

IT IS SO ORDERED.

Dated: February 17, 2016

/s/
Anthony J. Trenga
United States District Judge

HON. ANTHONY J. TRENGA
United States District Judge