# EXHIBIT A

Re: United States of America v. Harold Bailey Gallison II (No. 1:15-CR-178-1-AJT)

To: Honorable Anthony J. Trenga, Judge of the United States District Court

March 10, 2016

Dear Honorable Anthony J. Trenga, United States District Judge:

I write to you today with great respect as well as humility as you consider my case before your court. Please know that I have apologized to my family and friends in a most sincere and humbling manner because I have brought shame, hurt, and difficulty to so many that I love and care about because of my actions.

I accept full responsibility for what has happened. I would like to explain to you a little bit about myself, and how I came to be involved in trading securities.

Starting at the age of 13, I wanted to be a stockbroker. It later turned out that I was actually quite good at buying and selling stocks, and earning a commission. At one time, I held the following licenses: Series 4 (Registered Options Principal, 7 (General Securities), 24 (Principal) and 27 (Financial Principal) I was never a great salesman—there were always better salesmen on the floor than me—but I made up for my shortcomings with passion. I had a knack for handling more than just the sales side of the business.

Over time, I moved from retail sales to management over the trading desk, along with compliance and financial supervision. I have never been interested in other areas of the business such as stock promotion and investor relations. I have loved trading in securities but recognized that at the same time, my love for this profession and poor judgment have led me to my current predicament. I will never have anything to do with the stock market again. I will also never have anything to do with any business outside of the United States again.

When I came up with the idea of forming an offshore brokerage in late 1999 to allow me to continue to be a stockbroker, my intentions were to set up an online brokerage platform that allowed investors around the world to access all the major foreign markets with one brokerage account, instead of having to open up dozens of accounts in different jurisdictions. The brokerage firm was called Moneyline.

Moneyline established brokerage accounts in the U.K., Germany, Hong Kong, Japan, Korea, Canada, and, of course, the United States to accomplish this goal. I then served my prison sentence in Southern California, and upon release 31 months later I found that that the customers were indeed diverse mix that were mainly interested in the United States marketplace, and the majority of transactions and revenues (fees and commissions) were being earned by "promoter accounts." Moneyline always maintained brokerage accounts worldwide, but the majority of revenues being generated from "promoter accounts" that were involved with U.S. stocks continued.

Sadly, I started this venture with good intentions, thinking that we could provide legitimate stock brokerage services to people residing abroad who simply wanted to invest in the U.S. stock market. I cannot begin to tell you how gravely disappointed I am that quite a number of other professionals—lawyers and accountants—failed to alert me, failed to warn me, and failed to accurately advise me of the error in our business model at Moneyline.

Over the years, we convinced ourselves that being untruthful on our banking and brokerage account applications and resulting transactions was necessary to protect our customers' anonymity and privacy—at best a poor rationalization. In hindsight, I let my love and skills for trading securities overshadow my judgment, and for this I recognize that I must pay a penalty and serve time in prison.

However, at this point in my life, I recognize that I must do my best to rectify the situation I helped create. Upon my arrest in July 2015, I immediately informed my attorney of my desire to cooperate fully with the U.S. federal investigators months before I even became aware of the extent of the sentence I was facing under the guidelines.

In fact, I didn't fully understand what my legal situation was until three months after my arrest. I cannot point the finger at anyone else, however, because it is my fault for everything that happened. I have only myself to blame for not identifying how legally crippled our offshore brokerage operation was. As a result, I have caused great harm to those who trusted, supported, and counted on me. I can only do my best to help the authorities identify all of those who took advantage of Moneyline's brokerage services to hide their own illegal actions.

Since I was granted bond in late August, I have been spending as much time with my family as possible, taking over household duties, being Mr. Mom around the house, taking the kids to and from school, making meals, and helping my wife, Wendy, with her insurance business, which will allow her to support the family as sole breadwinner in my absence. We have moved to Colorado Springs, Colorado, where I've been helping the kids get settled into new schools and our new home.

Prior to recently moving to Colorado Springs, I kept busy by volunteering at our church in the San Diego are and other local community organizations, typically for cleanup after events and running miscellaneous errands. I spent quite a bit of time in November and December cleaning out our house and donating a sizable amount of used and new household items and toys to four different local organizations: The Valley Center Community Church (where we attended), Monte Horeb church in Tijuana, Mexico, Interfaith Community Center in Escondido, California, and the Assistance League of Inland North County, also in Escondido.

Last summer, while I was incarcerated in Federal MCC jail, was just about my toughest four weeks that I have ever endured. I now thank God for this time. After one week, I was put in a cell with a kind man who in the previous 15 years had been a pastor and a Marine with two tours of duty in Afghanistan. He loaned to me warm clothes and toiletry as well as a Bible with specific passages to read that were meaningful during incarceration. He led our prayer group each night. He gave me the strength to make it through the seven weeks and four jails last summer.

I have always attended church on a regular basis since I first dated Wendy, but I now feel that I am a true Christian, and getting closer to God and Jesus has filled a void in my life that I have carried for at least 30 years. Our family has always prayed together each morning on the way to school and each night before bed. Now that our children are old enough, it is quite a beautiful thing to hear them when they take turns leading us through prayers!

In the future, when I'm released from custody, I'm planning to resume support of my wife in her insurance business and be actively involved in helping hands-on through our local ministry somehow. I am already mapping out projected budgets, revenue charts, and outlines to eventually allow Wendy to ally with the correct mix of attorneys, accountants, and venture capitalists with a goal eventually to create a new insurance underwriter specializing in providing all the insurance needs of churches from one insurance carrier.

My very poor judgment in the field of business that I love—the securities industry—has already cost me dearly. Twice now. Before and after my previous criminal conviction, I believed in error that I could continue in this business. I do not harbor any illusions any longer that I can have anything to do with the securities business in the future. It has not been good to me, my family and friends.

The events of 2015 have changed me in obvious ways to all. I now see everything as black and white. Before I was able to convince myself that were "gray" areas in business, but that is no longer the case. I am quite a bit older now. Ten years ago, I was truly blessed to find a wonderful woman to have more children with. They are my angels sent from heaven, and the burden I have caused my wife and children is indeed a tremendous weight on me that I fall asleep to and wake up to every day of my life now, and surely this will continue for my lifetime. Remorsefulness cannot even begin to describe how I have felt since last summer.

At this point in my life, any length of prison sentence given to me is almost anecdotal to the penalty I have already put on my family and myself. I have three children who will need college educations in the future. I am a lot closer to traditional retirement age than away from it. I need to, as soon as possible, be able to rejoin the work force, help provide for my family, start paying my fines and restitution, and somehow start saving for eventual retirement. I have before and here again do offer my truly sincere apologies for my actions, and please note that I am forever a changed human

being. I am certainly at the mercy of the court, and I can only hope and pray that please, sir, by the grace of God, that you will be compassionate and fair in your sentence.

Respectively,

Harold "BJ" Gallison
6591 Barrel Race Drive
Colorado Springs, CO 80923

760.450.6159
bjgallison@gmail.com