# EXHIBIT B

Honorable Anthony J. Trenga, United States District Judge,

    My name is Brittney Willis and I am the step-daughter of Mr. Harold "BJ" Gallison. I am a case manager for refugee families in San Diego and assist them in navigating their new lives in San Diego as well as helping them become self-sufficient through employment. I have known BJ since I was a little girl, though I did not deepen my relationship with BJ until he and my mother began dating around 2006. From day one, BJ treated me as a daughter even though I was an adult at that time. He has treated my mother with a level of respect, compassion, and devotion that I have never seen before and this has only grown exponentially since they added to our family with a beautiful little boy and girl. BJ is the kind of man who will always lend a helping hand to those in need. He has an amazing sense of humor and wit and is so devoted to his wife and children, myself included. BJ is also a lot of fun to be around and can liven any gathering.

    I can attest to BJ's good character- there have been times I have come home crying from work because many of my clients do not have the basic necessities and support they need. Without skipping a beat, BJ will ask me what is needed and will help these less fortunate families. During Christmas a few years ago, he assisted me in providing toys for countless refugee children so that they would have gifts to open during the holidays. He also helped provide blankets and household items for the adults. He has such a big heart and cannot stand for others to suffer, regardless of whether they are family, friends, or strangers. He never does good things for recognition and is very modest when it comes to the amazing things he has done for others. When a young woman in our neighborhood was kicked out of her family's home, BJ opened his home to her and provided emotional support while she tried to rebuild her life. I witnessed him helping connect her to the community church in order to make sure she had professional and spiritual assistance during the most difficult time in her life.

    BJ has also opened his home to me on many occasions when I needed extra help. When I graduated from college and was having a hard time finding a job, he allowed me to live with them and supported me while I was applying for work. He also welcomed my husband and I back for 7-8 months when we were trying to save a down payment for a condo. And he again opened his home after the birth of my baby this past November when we were having a hard time. BJ has always been a source of

encouragement, support, and generosity and I can always count on him to help me when I am in need.

My mother raised me on her own, so seeing someone come into her life who treats her with the respect and devotion she deserves has been such a blessing. I have never seen my mother so happy. BJ has been loyal, loving, and exactly the kind of man and father figure I have always wanted for our family. Seeing them raise my little sister, G    , and little brother, J    , has been such a testament to their love. He was there for their births too, and I have never seen such a pure love as when he held his babies for the first time. It's been incredible watching G     and J     grow up in such a loving and supportive home where all of their emotional, spiritual, and financial needs are met.

G     and J     have been brought up in the way I always dreamed of when I was younger- with two loving and supportive parents who equally share in the responsibility of raising their children. J     is such a "daddy's boy"- when he is hurt or upset, no one but daddy is able to console him. J     looks up to his father so much and BJ is there for him, 100%. He takes him to his sports practices and games and is so present in his life. G     loves her daddy too and especially enjoys tickling matches, playing outside on bikes and scooters with daddy, and joking around a lot. BJ is not just a physical presence in their lives- he is interested in the kids' days, in how they are doing in school, and he helps with playdates and birthday parties.

BJ has been such a positive influence on my life. He encouraged me to go to college and graduate school and supported me in devoting my life to refugees in San Diego. BJ is always available to provide advice and support and really stepped into my life in a way that my father was unable or unwilling to do. He has treated my mother and siblings with the utmost respect, care, and love. My little brother and sister are so loved and have no shortage of their father's attention. I know BJ is remorseful for his actions and a harsh punishment for BJ would hurt his wife, children, and community immensely. I hope you will take into consideration the kind of man BJ is when determining an appropriate sentence. BJ is a good man, father, and spouse who made a big mistake. I believe he is willing to make amends for that and will conduct his life in a manner that is uplifting, positive, and productive for those around him. Thank you so much for your consideration of the details above.

Respectfully,

Brittney A. Willis