# EXHIBIT C

March 8, 2016

To: The Honorable Anthony J. Trenga, United States District Judge

From: Kelly Dutka

Dear Honorable Judge Trenga,

My name is Kelly Dutka. I am writing a letter to you on behalf of my good friend B.J. Gallison. Wendy Gallison has been my best friend for 15 years. I have known B.J. for 10 years.

I am a Marriage Family Therapist licensed in California for over 20 years. (I also a hold a Professional Clinical Counselor License) I have a private practice in Santa Monica, California. Before I was in private practice I was the Executive Director of the Beverly Hills Community Clinic. I am married and have an 11 year old son named A

Wendy is A    Godmother. When B.J. and Wendy had been together for a while my husband and I approached B.J. to be A    Godfather. My son knows him as Uncle B.J. I have a very special place in my heart for B.J..

B.J. has been incredibly generous with his time and friendship with my family, especially with my son. B.J. is excellent with children. To give you just one example: My father died suddenly several years ago. B.J. insisted that when we returned from Dallas that we come down to their house and stay with them. He took A    under his wing, talking to him about losing someone you love and listening to his thoughts. He shared how he dealt with the death of his own Dad. He was so generous with A    and this also allowed me a small space to grieve with my friend.

Another example is several years ago my family was having a financially hard time. B.J. made sure there were Christmas gifts under our tree that year for A  . He was so generous and so thoughtful. It was his idea, thinking of A  . Knowing B.J. as I do, I should not have been surprised, but I was. I was shocked at the

depth of his loving and kindness toward my family. The relief it provided to me as a mom was profound.

Around this same time, we were visiting Wendy and B.J.. When it was time to leave, B.J. had filled my car with gas and loaded my trunk with groceries from their house. When I got out of my car to run and thank him he was embarrassed that I had caught him giving to me. "Just come back, that will be thanks enough" he said to me.

There are so many stories of B.J.'s kindness and thoughtfulness to me, my husband and our son A   , that I could write to you for days and still not finish up about how generous and loving he has been to us all.

My mom has always been included in any invitation that B.J. and Wendy have extended to my family.

B.J.'s generosity doesn't end with my family. I have seen him time and again include friends who don't have families by inviting them to be with his family during the holidays.

I have seen him help friends who aren't working find a job, by picking up the phone and calling until he has someone on the line that needs an employee. He is always there for his friends. Caring. B.J. cares.

B.J. is a devoted and caring father to his two children, G    (8) and J    (6). I have been a guest in their house and so often walk out early in the morning to get a cup of coffee and there is B.J. sitting with J    on the floor playing with J   's Thomas the Train set or sitting with both of his children on either side of him watching Saturday morning cartoons.

 Every time I have been with them, I witnessed B.J. taking his children outside on walks, taking them to the park, cooking for them, sitting at the kid's creative table, drawing with them or helping his children with their home work or projects.

Whether on the phone with business or with friends, either G    or J    could be seen on his lap coloring or just leaning into his chest.

It is so clear to me how much he loves his children, how much they love him and how involved he is with their lives.

B.J. is devoted to his wife, Wendy. From the moment they met, he has treated her with such love and affection. He has said time and time again, "Wendy, I love you and I want you to be happy." He has included Wendy's family in everything and at every holiday. They have truly created a loving environment where people feel welcomed and loved. They are an amazing couple that clearly adores each other, their children and the life they have created.

I am a therapist, however I am not B.J.'s therapist. I do believe that B.J. has had great trouble with drinking too much in the past. I am very sensitive to this as I have been sober for 25 years. B.J. and I had many conversations about his drinking prior to his arrest. I believe that his judgment may have been affected by his drinking prior to his arrest. I believe that his drinking may have fogged his thinking. Being hung over all the time makes it hard to think clearly.

Right after his arrest, his drinking escalated to a dangerous amount. I believe he was self medicating for a number of reasons which include major depression and anxiety. I believe that he is an alcoholic that needed to stop drinking.

Since his arrest, I have continued to have open conversations with him about my own recovery and his need for sobriety. I know I am not his therapist but I am his friend and I do believe that he has suffered from alcoholism and since the arrest he is suffering from Major Depression and Anxiety.

In our conversations B.J. has taken full responsibility for his actions and has taken great steps to change his life for the positive with the first action of looking at his drinking as a major problem.

B.J. has reached out to several men who are sober and has started to attend A.A. meetings. I believe this is an amazing step for B.J..

We have spoken about the 12 steps, one of which includes making amends for what he has done. He has stated to me he is very ready

to take these steps and make amends for the harm he has caused others.

I believe it would be incredibly detrimental to his small children to lose their father. I ask that you take B.J.'s unique circumstances into account when you are determining the appropriate sentence. He is a kind and loving father, husband and friend. I know what B.J. has shared with me that he will never do anything like this again and I truly believe him.

Judge, thank you for taking the time to read and consider my letter. Please also know I will gladly speak to anyone in the court on behalf of my friend, B.J..

Sincerely,

Kelly Dutka

17219 Avendia De La Herradura
Pacific Palisades, Ca 90272

Kellywhitemft@aol.com

310-213-4249