# EXHIBIT D

March 8th, 2016

Dear Honorable Anthony J. Trenga, United States District Court,

My name is Florence Sarah Pollard and I work for PeopleFacts in San Diego California.

I am aware of the charges against Mr. Harold Bailey Gallison. I have read the Statement of Facts for his plea. Mr. Gallison, whom I will now refer to as B. J., the nick name given to him when he was very young, (what I have always called him) and I met in Jr. High School band class in 1973 where BJ played the saxophone and I tried to play the flute. As soon as I found boys and parties I gave up the flute, BJ however remained a dedicated and talented saxophone player. Through his perseverance, hard work and dedication he and his band mates played in many high school jazz competitions always either winning or placing in the top 3.

I bring this up because this has always been how BJ has lived his life. He has always been dedicated to what is important to him.

When I was a poor and struggling single mother BJ gave me a job. In 1988 I was coming out of an abusive relationship, just a few months sober and BJ gave me a job when no one else would. It changed mine and my daughter's life. I just needed one person to believe in me and that was BJ. He has always been a loyal and caring person and friend, giving the benefit of the doubt to the down trodden and under dogs of the world.

Family has always come first for BJ and being a single mother I can strongly attest to that. He is a dedicated loving husband to his wife Wendy. He is also an amazing and wonderful father to all 4 of his children, Bailey Catherine, D____, G____ and J____, as well as his 3 step son's from his first marriage J____, E____ and L____ who still remain in his life today. He was and is very present with all his children and his wife, which I am sorry to say, is a rare trait these days. With little G____ and J____ he has been a stay at home father and continually involved in all their schooling and sports activities which they love very much.

BJ's father Bailey Sr was very involved with our small beach community from the 1950's until his death in 2011. Many times BJ joined his father cooking and serving during the local Kiwanis Club pancake breakfasts. He also contributed to The Community Campership Council helping send inner city children to summer camp.

The most recent wonderful deed BJ has done for my family has been, for the last 3 summers during our local horse racing season, he would drive 30 minutes out of his way to pick up my father Dr. John K. Pollard to take him to his beloved Del Mar Race Track. My father is 91 and has not been able to drive for years now. Without thinking about himself at all he would pick up my father and patiently spend a weekend day at the track with him, before driving him home another 30 minutes out of his way. BJ did this because he knew how much my dad loved the track and he couldn't get there by himself.

Having remained sober myself for the past 25 years it does concern me that BJ has recently used over consuming alcohol as a crutch to dull his anguish and severe grief of knowing what his incarceration is going to do to his wife Wendy and all of his children, especially little J     and G     ages 5 and 8. I am the one that introduced my best friend Wendy to my best friend BJ and I am the G     's godmother.

Bj is a good man always has been always will be. I believe his expertise and knowledge of the securities industry has no match but I also know that BJ has learned from his mistakes and wants nothing more than to be a wonderful stay at home father to G     and J    .

I need you to know Judge Trenga, with all due respect that any extended time incarcerated of this good and wonderful family man is going to cause irreparable devastation and grief for his loving wife Wendy his small children G     and J    , not to mention his lifelong friends like me.

Thank you for your dedicated service to our courts and especially your consideration of this letter when you are determining the appropriate sentencing for Mr. Harold Bailey Gallison. I want you to know I can be reached at 858-361-6617 if you should have any questions about this statement or the character of my friend of 44 years BJ.

All my best in hope and prayers,


Florence Sarah Pollard

*[signature]*

1528 Virginia Way

San Diego, CA. 92037