# EXHIBIT E

Robert J. Haase<br>
18218 Paradise Mtn Rd. #159<br>
Valley Center, CA<br>
92082

March 09, 2016

The Honorable Judge Anthony J. Trenga
United States District Judge

Dear Judge Trenga,

I am writing this letter to introduce myself as a friend of Mr. Harold "BJ" Gallison. I am a handyman in southern California and I met BJ in early 2008 when he responded to an ad of mine on Craigslist seeking work. After completing a project for him, he hired me for more work, as he was pleased with the results. Over the course of 8 years I did many home improvements for him and his family. During this time I became a family friend spending time with them during holidays and such. I was more like a family member than a friend, we were very close.

During these 8 years I witnessed first hand the type pf husband and father he was. He was/is a hands on father taking his 2 children to and from school/school functions daily. Preparing meals for them and spending quality time with them was an everyday occurrence. I also witnessed many times he and his wife would go on what he would describe as a date.

BJ is a very compassionate man. I once observed him rescue a friend who was having a serious struggle with alcohol and provided a safe place for him to recover in his home. In February 2014 I was diagnosed with advanced prostate cancer and had to undergo surgery. I was unable to work for a while and was having difficulty paying my rent. BJ paid my rent for me and let me work it off over a long period of time doing various projects at his home. Without his help, I would have become homeless. In my opinion, BJ is definitely one of the most genuinely decent people I have ever met. If anyone deserves a second or third chance to change his life, it would definitely be Mr. BJ Gallison! Thank you, your honor for considering my letter in determining an appropriate sentence.

Sincerely,<br><br>
Robert J. Haase