IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:15CR178-001 |
| | ) | |
| HAROLD BAILEY GALLISON, II, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## CONSENT ORDER TO DEFER RESTITUTION

WHEREAS, the United States herewith notifies the Court that the amount of the victims' losses are not yet ascertainable and requests, with defendant's consent, the Court defer the entry of a restitution order to a future date without limitation,

WHEREAS, in paragraph eight (8) of the Plea Agreement, defendant has agreed that restitution is mandatory pursuant to 18 U.S.C. § 3663A. (Doc. 116),

WHEREAS, the defendant specifically waived the 90 day provision found at 18 U.S.C. § 3664(d)(5), and consents to the entry of any orders pertaining to restitution after sentencing without limitation,

WHEREAS, upon request of the United States and the defendant having evidenced his consent hereto and in the Plea Agreement,

IT IS HEREBY ORDERED that the request to defer the entry of the restitution order to a future date after sentencing, without limitation, is GRANTED.

THE CLERK is hereby directed to send a certified copy of this order to all counsel of record and the United States Probation Office.

_____/s/_____
Anthony J. Trenga
United States District Judge

Honorable Anthony J. Trenga
United States District Judge

ENTERED this _18th_ day of _March_ , 2016.

at Alexandria, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

Kosta Stojilkovic
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone -703-299-3700
E-Mail - kosta.stojilkovic@usdoj.gov

SEEN AND AGREED:

Harold Bailey Gallison, II
Defendant

Patrick Q. Hall
Counsel for Defendant
1350 Columbia Street, Suite 601
San Diego, California 92101
(619) 268-4040
pat@pqhlaw.com

2