

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HAROLD BAILEY GALLISON, II, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:15-cr-178-AJT-1 |

## ORDER

This matter came before the Court for sentencing on March 18, 2016. Given this defendant's continued cooperation, the parties jointly requested that the Court delay self-surrender by a period of at least six months. Having granted that request, it is hereby

ORDERED that defendant's conditions of pretrial release be, and the same hereby are, TEMPORARILY MODIFIED to permit travel to and from the Southern District of New York for the limited purpose of traveling with his daughter and returning to his current residence in Colorado Springs, Colorado; and it is further

ORDERED that defendant's conditions of pretrial release be, and the same hereby are, MODIFIED to require enrollment in substance abuse treatment and testing while the defendant remains on bond.

The Clerk is directed to forward copies of this Order to all counsel of record and to the Office of Probation and Pretrial Services.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 18, 2016